UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | ) ) ) ) | No. 05-10261-RWZ <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) ) | UNOPPOSED MOTION TO ADMIT COUNSEL LUCAS F. OLTS *PRO HAC VICE* |

FILING FEE PAID:
RECEIPT # _____
AMOUNT $ _____
BY DPTY CLK _____
DATE _____

Pursuant to Rule 83.5(b) of the Rules of this Court, plaintiffs Plumbers and Pipefitters National Pension Fund, Central States, Southeast and Southwest Areas Pension Fund, Carpenters Pension fund of Illinois, and Alexander Nehring (collectively, the "Pension Fund Plaintiffs") hereby move for the admission *pro hac vice* of their counsel, Lucas F. Olts. As grounds for thier motion, the Pension Fund Plaintiffs refer the Court to the Certificate of Lucas F. Olts, annexed hereto, and further state that they have retained as local counsel Christopher N. Souris and Krakow & Souris, LLC.

The undersigned certifies in accordance with Local Rule 7.1 that the parties to this motion met and conferred and the motion is unopposed.

DATED: July 15, 2005

Respectively submitted,

KRAKOW & SOURIS, LLC
CHRISTOPHER N. SOURIS (BBO #556343)

_____
CHRISTOPHER N. SOURIS

225 Friend Street
Boston, MA 02114
Telephone: 617/723-8440
617/723-8443 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
SPENCER A. BURKHOLZ
DANIEL S. DROSMAN
JONAH H. GOLDSTEIN
MATTHEW P. MONTGOMERY
LUCAS F. OLTS
JESSICA D. TALLY
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
LESLEY E. WEAVER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SANDRA STEIN
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
Telephone: 215/988-9546
215/988-9885 (fax)

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
  ECHSNER & PROCTOR, P.A.
FREDRIC G. LEVIN
J. MICHAEL PAPANTONIO
TIMOTHY M. O'BRIEN
316 South Baylen Street, Suite 600
Pensacola, FL 32501
Telephone: 850/435-7000
850/436-6084 (fax)

Co-Lead Counsel for Plaintiffs

S:\CasesSD\Cisco\MTN00022539.doc

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | ) ) ) | No. 05-10261-RWZ |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | CERTIFICATE OF LUCAS F. OLTS |
| ALL ACTIONS. | ) ) ) | |

I, Lucas F. Olts, hereby declares as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am an associate with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for the Pension Fund Plaintiffs in the above-entitled action. My office is located at 401 B Street, Suite 1600, San Diego, California 92101-4297. My telephone and fax numbers are 619/231-1058 and 619/231-7423, respectively. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this certificate in support of the Pension Fund Plaintiffs' Unopposed Motion to Admit Counsel Lucas F. Olts *Pro Hac Vice* in the above-captioned matter.

3. I am a member in good standing of the Bar of the State of California. I am not admitted to any other state Bar.

4. I am admitted to the Bars of the United States District Court for the Northern and Southern Districts of California.

5. There are no pending disciplinary proceedings against me as a member of the Bar in any jurisdiction.

6. I am familiar with Local Rules of the United States District Court for the District of Massachusetts.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 11 day of July, 2005.

_____
LUCAS F. OLTS

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 401 B Street, Suite 1600, San Diego, California 92101.

2. That on July 15, 2005, declarant served the **UNOPPOSED MOTION TO ADMIT COUNSEL LUCAS F. OLTS** *PRO HAC VICE* by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of July, 2005, at San Diego, California.

/s/ Gail M. Martin
GAIL M. MARTIN

CISCO (MASSACHUSETTS)
Service List - 7/14/2005   (201-110M)
Page 2 of 2

Scot Bernstein
Law Office of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, CA 95655
   916/447-0100
   916/933-5533(Fax)

Darren J. Robbins
Spencer A. Burkholz
Daniel S. Drosman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
   619/231-1058
   619/231-7423(Fax)

Patrick J. Coughlin
Lesley E. Weaver
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
   415/288-4545
   415/288-4534(Fax)

Timothy M. O'Brien
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen St., Suite 600
Pensacola, FL 32501
   850/435-7000
   850/436-6084(Fax)

**Third Party Counsel**

Sharon Simpson-Jones
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
   617/526-6000
   617/526-5000(Fax)