UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | ) No. 05-10261-RWZ<br>)<br>) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | )<br>) UNOPPOSED MOTION TO ADMIT<br>) COUNSEL LESLEY E. WEAVER *PRO HAC*<br>) *VICE*<br>) |

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE 7/18/05

Pursuant to Rule 83.5(b) of the Rules of this Court, plaintiffs Plumbers and Pipefitters National Pension Fund, Central States, Southeast and Southwest Areas Pension Fund, Carpenters Pension fund of Illinois, and Alexander Nehring (collectively, the "Pension Fund Plaintiffs") hereby move for the admission *pro hac vice* of their counsel, Lesley E. Weaver. As grounds for thier motion, the Pension Fund Plaintiffs refer the Court to the Certificate of Lesley E. Weaver, annexed hereto, and further state that they have retained as local counsel Christopher N. Souris and Krakow & Souris, LLC.

The undersigned certifies in accordance with Local Rule 7.1 that the parties to this motion met and conferred and the motion is unopposed

DATED: July 15, 2005

Respectively submitted,

KRAKOW & SOURIS, LLC
CHRISTOPHER N. SOURIS (BBO #556343)

_____
CHRISTOPHER N. SOURIS

225 Friend Street
Boston, MA 02114
Telephone: 617/723-8440
617/723-8443 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
SPENCER A. BURKHOLZ
DANIEL S. DROSMAN
JONAH H. GOLDSTEIN
MATTHEW P. MONTGOMERY
LUCAS F. OLTS
JESSICA D. TALLY
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

- 1 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
LESLEY E. WEAVER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SANDRA STEIN
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
Telephone: 215/988-9546
215/988-9885 (fax)

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
  ECHSNER & PROCTOR, P.A.
FREDRIC G. LEVIN
J. MICHAEL PAPANTONIO
TIMOTHY M. O'BRIEN
316 South Baylen Street, Suite 600
Pensacola, FL 32501
Telephone: 850/435-7000
850/436-6084 (fax)

Co-Lead Counsel for Plaintiffs

S:\CasesSD\Cisco\MTN00022491.doc

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION | ) ) ) | No. 05-10261-RWZ |
| | ) ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | CERTIFICATE OF LESLEY E. WEAVER |
| ALL ACTIONS. | ) ) ) | |

I, Lesley E. Weaver, hereby declares as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am an associate with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for the Pension Fund Plaintiffs in the above-entitled action. My office is located at 100 Pine Street, 26th Floor, San Francisco, California 94111. My telephone and fax numbers are 415/288-4545 and 415/288-4534, respectively. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this certificate in support of the Pension Fund Plaintiffs' Unopposed Motion to Admit Counsel Lesley E. Weaver *Pro Hac Vice* in the above-captioned matter.

3. I am a member in good standing of the Bar of the State of California. I am not admitted to any other state Bar.

4. I am admitted to the Bars of the Supreme Court of California and the United States District Court for the Northern, Southern, Eastern, and Central Districts of California.

5. There are no pending disciplinary proceedings against me as a member of the Bar in any jurisdiction.

6. I am familiar with Local Rules of the United States District Court for the District of Massachusetts.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of July, 2005.

_____
LESLEY E. WEAVER

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 401 B Street, Suite 1600, San Diego, California 92101.

2. That on July 15, 2005, declarant served the **UNOPPOSED MOTION TO ADMIT COUNSEL LESLEY E. WEAVER *PRO HAC VICE*** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of July, 2005, at San Diego, California.

_____
GAIL M. MARTIN

CISCO (MASSACHUSETTS)

Service List - 7/14/2005   (201-110M)

Page 1 of 2

**Defendant(s)**

Dean S. Kristy  
Kevin P. Muck  
Felix Lee  
Fenwick & West LLP  
275 Battery Street, Suite 1500  
San Francisco, CA 94111  
  415/875-2300  
  415/281-1350 (Fax)

Norman J. Blears  
Daniel T. Rockey  
Heller Ehrman LLP  
275 Middlefield Road  
Menlo Park, CA 94025  
  650/324-7000  
  650/324-0638 (Fax)

Carol Lynn Thompson  
Heller Ehrman LLP  
333 Bush Street, Suite 3100  
San Francisco, CA 94104-2878  
  415/772-6000  
  415/772-6268 (Fax)

Theodore P. Senger  
PricewaterhouseCoopers LLP  
333 Market Street  
San Francisco, CA 94104  
  415/498-5000  
  415/498-7135 (Fax)

Dan K. Webb  
Robert Y. Sperling  
Robert L. Michels  
Winston & Strawn LLP  
35 West Wacker Drive, Suite 4200  
Chicago, IL 60601-9703  
  312/558-5600  
  312/558-5700 (Fax)

**Plaintiff(s)**

J. Nixon Daniel, III  
David L. McGee  
Terri L. Didier  
Beggs & Lane  
501 Commendencia Street, P.O. Box 12950  
Pensacola, FL 32591  
  850/432-2451  
  850/469-3330 (Fax)

Christopher N. Souris  
Krakow & Souris, LLC  
225 Friend Street  
Boston, MA 02114  
  617/723-8440  
  617/723-8443 (Fax)

CISCO (MASSACHUSETTS)
Service List - 7/14/2005   (201-110M)
Page 2 of 2

Scot Bernstein
Law Office of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, CA 95655
  916/447-0100
  916/933-5533 (Fax)

Darren J. Robbins
Spencer A. Burkholz
Daniel S. Drosman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
  619/231-1058
  619/231-7423 (Fax)

Patrick J. Coughlin
Lesley E. Weaver
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)

Timothy M. O'Brien
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen St., Suite 600
Pensacola, FL 32501
  850/435-7000
  850/436-6084 (Fax)

**Third Party Counsel**

Sharon Simpson-Jones
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
  617/526-6000
  617/526-5000 (Fax)