RECEIVED
Clerk's Office
USDC, Mass.
Date 7/21/05
By n.P.
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re CISCO SYSTEMS, INC.<br>SECURITIES LITIGATION | No. 05-10261-RWZ<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS | |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), the below-named counsel hereby enter their appearance as counsel in this action for Massachusetts Financial Services Investment Management.

Respectfully submitted,

*/s/ Sharon Simpson Jones*

William H. Paine (BBO # 550506)
Sharon Simpson Jones (BBO # 640851)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Dated: July 21, 2005

USIDOCS 5209173v1

## Certificate of Service

I, Sharon Simpson Jones, hereby certify that on this 21st day of July, 2005 I caused the foregoing Notice of Appearance to be served upon the following parties:

| | |
|---|---|
| Christopher N. Souris<br>Krakow & Souris LLC<br>225 Friend Street<br>Boston, MA  02114 | [ ] U.S. Mail<br>[ ] Fax  (617) 723-8443<br>[ ] Overnight Delivery<br>[ ] Messenger Delivery |
| Lesley Weaver<br>Lerach Coughlin Stoia Geller Rudman<br>  & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 | [ ] U.S. Mail<br>[ ] Fax  (415) 288-4534<br>[ ] Overnight Delivery<br>[ ] Messenger Delivery |
| William S. Lerach<br>Lerach Coughlin Stoia Geller Rudman<br>  & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA 92101 | [ ] U.S. Mail<br>[ ] Fax  (619) 231-7423<br>[ ] Overnight Delivery<br>[ ] Messenger Delivery |
| Sandra Stein<br>Lerach Coughlin Stoia Geller Rudman<br>  & Robbins LLP<br>1845 Walnut Street, 25th Floor<br>Philadelphia, PA  19103 | [ ] U.S. Mail<br>[ ] Fax  (219) 988-9546<br>[ ] Overnight Delivery<br>[ ] Messenger Delivery |
| Fredric G. Levin<br>Levin Papantonio, Thomas, Mitchell,<br>  Echsner & Proctor, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL  32501 | [ ] U.S. Mail<br>[ ] Fax  (850) 436-6084<br>[ ] Overnight Delivery<br>[ ] Messenger Delivery |
| Alice Jensen<br>Fenwick & West LLP<br>275 Battery Street, Suite 1500<br>San Francisco, CA  94111 | [ ] U.S. Mail<br>[ ] Fax  (415) 281-1350<br>[ ] Overnight Delivery<br>[ ] Messenger Delivery |
| Carol Lynn Thompson<br>Heller Ehrman LLP<br>333 Bush Street, Suite 3100<br>San Francisco, CA  94104-2878 | [ ] U.S. Mail<br>[ ] Fax  (415) 772-6268<br>[ ] Overnight Delivery<br>[ ] Messenger Delivery |
| Norman J. Blears<br>Heller Ehrman LLP | [ ] U.S. Mail<br>[ ] Fax  (650) 324-0638 |

| | |
|---|---|
| 275 Middlefield Road<br>Menlo Park, CA  94025 | [ ]  Overnight Delivery<br>[ ]  Messenger Delivery |
| Theodore P. Senger<br>PricewaterhouseCoopers LLP<br>333 Market Street<br>San Francisco, CA  94104 | [ ]  U.S. Mail<br>[ ]  Fax  (415) 498-7135<br>[ ]  Overnight Delivery<br>[ ]  Messenger Delivery |
| Dan K. Webb<br>Winston & Strawn LLP<br>35 West Wacker Drive, Suite 4200<br>Chicago, IL  60601-9703 | [X]  U.S. Mail<br>[ ]  Fax  (312) 558-5700<br>[ ]  Overnight Delivery<br>[ ]  Messenger Delivery |
| J. Nixon Daniel, III<br>Beggs & Lane<br>501 Commendencia Street<br>P.O. Box 12950<br>Pensacola, FL  32591 | [X]  U.S. Mail<br>[ ]  Fax  (850) 469-3330<br>[ ]  Overnight Delivery<br>[ ]  Messenger Delivery |
| Scot Bernstein<br>Law Office of Scot Bernstein<br>10510 Superfortress Avenue, Suite C<br>Mather Field, CA  95655 | [X]  U.S. Mail<br>[ ]  Fax  (916) 933-55333<br>[ ]  Overnight Delivery<br>[ ]  Messenger Delivery |
| Darren J. Robbins<br>Lerach Coughlin Stoia Geller Rudman<br>  & Robbins LLP<br>401 B. Street, Suite 1600<br>San Diego, CA  92101-4297 | [X]  U.S. Mail<br>[ ]  Fax  (619) 231-7423<br>[ ]  Overnight Delivery<br>[ ]  Messenger Delivery |
| Timothy M. O'Brien<br>Levin Papantonio , Thomas, Mitchell<br>  Echsner & Proctor, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL  32501 | [X]  U.S. Mail<br>[ ]  Fax  (617) 723-8443<br>[ ]  Overnight Delivery<br>[ ]  Messenger Delivery |

*/s/ Sharon Simpson Jones*
Sharon Simpson Jones

-3-

US1DOCS 5209173v1