UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re CISCO SYSTEMS, INC.<br>SECURITIES LITIGATION | )<br>)<br>)<br>)<br>) | No. 05-10261-RWZ |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

**IN SUPPORT OF MFS's MOTION TO VACATE OR RECONSIDER**

Massachusetts Financial Services Company, a third party in this action, moves for leave to file a two-page reply brief. As grounds for the motion, MFS states that plaintiffs' reply is inaccurate in certain respects and that the brief reply should be of some assistance to the Court.

WHEREFORE, MFS requests that the Court reconsider or vacate its July 20, 2005 minute order granting plaintiffs' motion to compel as unopposed, consider plaintiffs motion and MFS's opposition on the merits, and deny the motion.

MASSACHUSETTS FINANCIAL
SERVICES COMPANY

By its attorneys,

Dated: July 26, 2005

/s/ William H. Paine
William H. Paine (BBO #550506)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Certificate of Service
I certify that I caused a copy of this motion to be served by first class mail on plaintiffs' counsel on July 26, 2005.
/s/ William H. Paine

- 1 -

US1DOCS 5216062v1