UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION ) ) ) ) | No. 05-10261-RWZ<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS.<br>) ) ) ) ) ) | PENSION FUND PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO MFS'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

The Pension Fund Plaintiffs respectfully move for leave to file a reply brief to Massachusetts Financial Services Investment Management's ("MFS") Opposition to Plaintiffs' Renewed Motion to Compel Production of Documents. Plaintiffs' reply seeks to address certain inaccuracies contained in MFS's opposition to plaintiffs' motion.

WHEREFORE, the Pension Fund Plaintiffs respectfully request that the Court consider granting the plaintiffs' motion to compel.

DATED: September 9, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
LESLEY E. WEAVER


/S/ Lesley E. Weaver
LESLEY E. WEAVER

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
SPENCER A. BURKHOLZ
DANIEL S. DROSMAN
JONAH H. GOLDSTEIN
MATTHEW P. MONTGOMERY
LUCAS F. OLTS
JESSICA D. TALLY
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SANDRA STEIN
1845 Walnut Street, 25th Floor
Philadelphia, PA  19103
Telephone:  215/988-9546
215/988-9885 (fax)

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
  ECHSNER & PROCTOR, P.A.
FREDRIC G. LEVIN
J. MICHAEL PAPANTONIO
TIMOTHY M. O'BRIEN
316 South Baylen Street, Suite 600
Pensacola, FL  32501
Telephone:  850/435-7000
850/436-6084 (fax)

Co-Lead Counsel for Plaintiffs

KRAKOW & SOURIS, LLC
CHRISTOPHER N. SOURIS (BBO #556343)
225 Friend Street
Boston, MA  02114
Telephone:  617/723-8440
617/723-8443 (fax)

Local Counsel

T:\CasesSF\Cisco\MOT00024193.doc

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.That on September 9, 2005, declarant served the **PENSION FUND PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO MFS'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September, 2005, at San Francisco, California.

/S/ Rebecca Grounds
REBECCA GROUNDS

CISCO (MASSACHUSETTS)

Service List - 9/9/2005    (201-110M)

Page 1 of 2

**Defendant(s)**

Dean S. Kristy
Kevin P. Muck
Felix Lee
Fenwick & West LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
　415/875-2300
　415/281-1350 (Fax)

Norman J. Blears
Daniel T. Rockey
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
　650/324-7000
　650/324-0638 (Fax)

Carol Lynn Thompson
Heller Ehrman LLP
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
　415/772-6000
　415/772-6268 (Fax)

Theodore P. Senger
PricewaterhouseCoopers LLP
333 Market Street
San Francisco, CA 94104
　415/498-5000
　415/498-7135 (Fax)

Dan K. Webb
Robert Y. Sperling
Robert L. Michels
Winston & Strawn LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601-9703
　312/558-5600
　312/558-5700 (Fax)

**Plaintiff(s)**

J. Nixon Daniel, III
David L. McGee
Terri L. Didier
Beggs & Lane
501 Commendencia Street, P.O. Box 12950
Pensacola, FL 32591
　850/432-2451
　850/469-3330 (Fax)

Christopher N. Souris
Krakow & Souris, LLC
225 Friend Street
Boston, MA 02114
　617/723-8440
　617/723-8443 (Fax)

CISCO (MASSACHUSETTS)

Service List - 9/9/2005   (201-110M)

Page 2 of 2

| | |
|---|---|
| Scot Bernstein<br>Law Office of Scot Bernstein<br>10510 Superfortress Avenue, Suite C<br>Mather Field, CA  95655<br>  916/447-0100<br>  916/933-5533 (Fax) | Darren J. Robbins<br>Spencer A. Burkholz<br>Daniel S. Drosman<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA  92101-4297<br>   619/231-1058<br>   619/231-7423 (Fax) |
| Patrick J. Coughlin<br>Lesley E. Weaver<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>   415/288-4545<br>   415/288-4534 (Fax) | Timothy M. O'Brien<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.<br>316 South Baylen St., Suite 600<br>Pensacola, FL  32501<br>   850/435-7000<br>   850/436-6084 (Fax) |

**Third Party Counsel**

William H. Paine
Sharon Simpson-Jones
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
   617/526-6000
   617/526-5000 (Fax)