UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re CISCO SYSTEMS, INC. SECURITIES LITIGATION ) ) ) | No. 05-10261-RWZ |
| ) | CLASS ACTION |
| ) ) | |
| This Document Relates To: ) ) | PENSION FUND PLAINTIFFS' REPLY BRIEF IN SUPPORT OF RENEWED |
| ALL ACTIONS. ) ) ) | MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION |

MFS contends that this Court already held the documents at issue are entitled to protection. This is untrue. In fact, the Court required MFS to prepare a privilege log, as required under the Federal Rules. The Court noted that it could not rule on whether or not the documents should be produced. It then invited the Pension Fund Plaintiffs to renew their motion if the issue was not then resolved. August 1, 2005 Order at 2.

Weeks after the Court's order, MFS produced a privilege log. The log does not provide factual support for its claim that the documents fall under the meaning of Rule 45(c). It simply asserts that the withheld documents contain "conclusions" that are protected under Rule 45(c). Yet, Rule 45(c) is not intended to shield from production the thoughts of percipient witnesses whom defendants and third parties claim are "experts." It is simply intended to prevent a party from forcing a witness to opine about the case after the fact without compensating that witness. *Compare Schering Corp. v. Amgen Inc.,* No. CIV. 98-97 MMS, 1998 WL 552944 (D. Del. 1998) *with Arkwright Mut. Ins. Co. v. Nat'l Union Fire Ins. Co.,* 148 F.R.D. 552, 557-58 (S.D. W. Va. 1993).

Plaintiffs do not want to retain MFS analysts as experts. Plaintiffs simply seek production of all of the percipient thoughts of MFS analysts regarding Cisco. This includes, for example, whether or not MFS analysts believed what Cisco management told them about the true condition of the company, and whether they thought Cisco's stock price was overinflated at the time based on what Cisco told them. MFS admits that these documents are relevant. The only issue is whether they should be shielded from production.

The privilege log makes clear that all of the withheld documents were created during the Class Period. Thus, they reflect conclusions that MFS analysts drew at the time that they were speaking with Cisco senior management, including the individual defendants. The fact that MFS analysts discussed these conclusions with one another does not make them any less relevant.

Extending the scope of Rule 45(c) to such communications would mean that no professional could testify about conclusions drawn at the time of an incident based on professional expertise. This is clearly not the Rule's purpose.

MFS also does not address whether plaintiffs may be permitted to re-depose MFS analysts regarding the documents it wrongfully withheld prior to the deposition of Mr. Sette-Ducati. These documents were only produced after plaintiffs brought their motion to compel. At a minimum, plaintiffs seek an order requiring MFS to re-produce Mr. Sette-Ducati concerning the documents it wrongfully withheld. Because the discovery cut-off in this action is September 30, 2005, plaintiffs respectfully seek an order requiring immediate production of both the documents and the witness.

For the reasons set forth above, plaintiffs respectfully ask that their motion be granted.

DATED: September 9, 2005　　　　　　　LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP
　　　　　　　　　　　　　　　　　　　　PATRICK J. COUGHLIN
　　　　　　　　　　　　　　　　　　　　LESLEY E. WEAVER


　　　　　　　　　　　　　　　　　　　　　　　/S/ Lesley E. Weaver
　　　　　　　　　　　　　　　　　　　　　　LESLEY E. WEAVER

　　　　　　　　　　　　　　　　　　　　100 Pine Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94111
　　　　　　　　　　　　　　　　　　　　Telephone:  415/288-4545
　　　　　　　　　　　　　　　　　　　　415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
SPENCER A. BURKHOLZ
DANIEL S. DROSMAN
JONAH H. GOLDSTEIN
MATTHEW P. MONTGOMERY
LUCAS F. OLTS
JESSICA D. TALLY
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SANDRA STEIN
1845 Walnut Street, 25th Floor
Philadelphia, PA  19103
Telephone:  215/988-9546
215/988-9885 (fax)

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
  ECHSNER & PROCTOR, P.A.
FREDRIC G. LEVIN
J. MICHAEL PAPANTONIO
TIMOTHY M. O'BRIEN
316 South Baylen Street, Suite 600
Pensacola, FL  32501
Telephone:  850/435-7000
850/436-6084 (fax)

Co-Lead Counsel for Plaintiffs

KRAKOW & SOURIS, LLC
CHRISTOPHER N. SOURIS (BBO #556343)
225 Friend Street
Boston, MA  02114
Telephone:  617/723-8440
617/723-8443 (fax)

Local Counsel

T:\CasesSF\Cisco\BRF00024222.doc

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on September 9, 2005, declarant served the PENSION FUND PLAINTIFFS' REPLY BRIEF IN SUPPORT OF RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September, 2005, at San Francisco, California.

/S/ Rebecca Grounds
REBECCA GROUNDS

CISCO (MASSACHUSETTS)

Service List - 9/9/2005    (201-110M)

Page 1 of 2

**Defendant(s)**

Dean S. Kristy
Kevin P. Muck
Felix Lee
Fenwick & West LLP
275 Battery Street, Suite 1500
San Francisco, CA 94111
   415/875-2300
   415/281-1350 (Fax)

Norman J. Blears
Daniel T. Rockey
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
   650/324-7000
   650/324-0638 (Fax)

Carol Lynn Thompson
Heller Ehrman LLP
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
   415/772-6000
   415/772-6268 (Fax)

Theodore P. Senger
PricewaterhouseCoopers LLP
333 Market Street
San Francisco, CA 94104
   415/498-5000
   415/498-7135 (Fax)

Dan K. Webb
Robert Y. Sperling
Robert L. Michels
Winston & Strawn LLP
35 West Wacker Drive, Suite 4200
Chicago, IL 60601-9703
   312/558-5600
   312/558-5700 (Fax)

**Plaintiff(s)**

J. Nixon Daniel, III
David L. McGee
Terri L. Didier
Beggs & Lane
501 Commendencia Street, P.O. Box 12950
Pensacola, FL 32591
   850/432-2451
   850/469-3330 (Fax)

Christopher N. Souris
Krakow & Souris, LLC
225 Friend Street
Boston, MA 02114
   617/723-8440
   617/723-8443 (Fax)

CISCO (MASSACHUSETTS)

Service List - 9/9/2005    (201-110M)

Page 2 of 2

Scot Bernstein
Law Office of Scot Bernstein
10510 Superfortress Avenue, Suite C
Mather Field, CA 95655
   916/447-0100
   916/933-5533 (Fax)

Darren J. Robbins
Spencer A. Burkholz
Daniel S. Drosman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
   619/231-1058
   619/231-7423 (Fax)

Patrick J. Coughlin
Lesley E. Weaver
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
   415/288-4545
   415/288-4534 (Fax)

Timothy M. O'Brien
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 South Baylen St., Suite 600
Pensacola, FL 32501
   850/435-7000
   850/436-6084 (Fax)

**Third Party Counsel**

William H. Paine
Sharon Simpson-Jones
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
   617/526-6000
   617/526-5000 (Fax)